JAMES A. BLOOD, Respondent, v. JOHN C. FAIRBANKS,
Appellant.

No. 3280; November 13, 1872.

Partnership—Dissolution by Sale of Partner's Interest.—If a
partner, without the consent of his copartner, sells his interest to a
third person, the sale dissolves the partnership.

Partnership—If a Partner Sells His Interest in the Firm to
an Outside person, the remedy of a nonassenting copartner is not
against the purchaser but the seller, who may be made to respond
in a suit in equity for an accounting.

APPEAL from First Judicial District, Santa Barbara
County.

Fernald & Richards for respondent; Chas. E. Huse for appellant.

See Blood v. Fairbanks, 48 Cal. 171; 50 Cal. 420.

PER CURIAM.—The plaintiff has mistaken his remedy.
Though it is alleged in the complaint that Fairbanks succeeded in effecting a purchase of the interest of Hewitt
through the false representation made to the latter that Blood
had already sold, yet as Hewitt does not appear to complain
of the fraud, the sale of his interest to Fairbanks was valid
to operate a dissolution of the copartnership which, it is
conceded, had theretofore existed between Blood and Hewitt
under their contract with Fairbanks, and the latter having
taken possession of the subject matter of the copartnership,
the remedy of Blood is in equity and for an accounting, as in
other cases in which an existing copartnership is terminated
by the sale of all the interest of one of the copartners in the
assets of the firm; and in such a proceeding Hewitt would
be a necessary party.

Judgment reversed and cause remanded, with directions
to dismiss the action.